**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

————————————————————————
)
**JAWAD JABBAR SADKHAN,**                    )
)
              **Petitioner,**                )
)
        **v.**                               )        **Civil Action No. 05-1487 (RMC)**
)
**GEORGE W. BUSH,** *et al.*,                )        <u>**UNDER SEAL**</u>
)
              **Respondents.**               )
————————————————————————  )

**MEMORANDUM OPINION**